UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Crestliner, Inc.,

Plaintiff,

v.

Tracker Marine, L.L.C., d/b/a Fisher Boats and Pioneer Marine, L.L.C.,

Defendants.

---

Civil No. 02-303 (JRT/RLE)

**STIPULATION AND ORDER**

## STIPULATION

Plaintiff Crestliner, Inc. and Defendant Tracker Marine, L.L.C., d/b/a Fisher Boats, by their respective undersigned counsel, hereby Stipulate to the execution and entry of the following Order.

Dated: June 19, 2002.

Anthony R. Zeuli

David G. Schmaltz (251100)
Jon R. Trenbath (292163)
Anthony R. Zeuli (274884)
MERCHANT & GOULD, P.C.
3200 IDS Center
80 South Eighth Street
Minneapolis, MN 55402
Telephone: (612) 332-5300
Facsimile: (612) 332-9081

Attorneys for Plaintiff Crestliner, Inc.

FILED JUN 21 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK A.H.

Dated: June 19, 2002.

Alan M. Anderson (149500)
FULBRIGHT & JAWORSKI L.L.P.
225 South Sixth Street
Suite 4850
Minneapolis, MN 55402
Telephone: (612) 321-2800
Facsimile: (612) 321-9600

William B. Kircher
Clinton G. Newton
SHOOK, HARDY & BACON L.L.P.
One Kansas City Place
1200 Main Street
Kansas City, Missouri 64105-2118
Telephone: (816) 474-6550
Facsimile: (816) 421-5547

Attorneys for Defendant Tracker Marine, L.L.C., d/b/a Fisher Boats

**ORDER**

Pursuant to the foregoing Stipulation and Rules 6 and 12 of the Federal Rules of Civil Procedure, it is hereby Ordered that Defendant Tracker Marine, L.L.C., d/b/a Fisher Boats shall have an additional thirty (30) days in which to answer or otherwise respond to the Complaint, or until on or before ~~August 1~~, 2002.
July 22, 2002. RLE

Dated: June 21, 2002.

Raymond L. Erickson
United States Magistrate Judge