UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Crestliner, Inc.,

Plaintiff,

v.

Tracker Marine, L.L.C., d/b/a Fisher Boats and Pioneer Marine, L.L.C.,

Defendants.

Civil No. 02-303 (JRT/RLE)

**STIPULATION AND ORDER**

**STIPULATION**

Plaintiff Crestliner, Inc. and Defendant Tracker Marine, L.L.C., d/b/a Fisher Boats, by their respective undersigned counsel, hereby Stipulate to the execution and entry of the following Order.

Dated: July 22, 2002.

Anthony R. Zeuli

David G. Schmaltz (251100)
Jon R. Trembath (292163)
Anthony R. Zeuli (274884)
MERCHANT & GOULD, P.C.
3200 IDS Center
80 South Eighth Street
Minneapolis, MN 55402
Telephone: (612) 332-5300
Facsimile: (612) 332-9081

Attorneys for Plaintiff Crestliner, Inc.

30290675.1

FILED JUL 25 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

Dated: July 21, 2002.

Alan M. Anderson (149500)
FULBRIGHT & JAWORSKI L.L.P.
225 South Sixth Street
Suite 4850
Minneapolis, MN 55402
Telephone: (612) 321-2800
Facsimile: (612) 321-9600

William B. Kircher
Clinton G. Newton
SHOOK, HARDY & BACON L.L.P.
One Kansas City Place
1200 Main Street
Kansas City, Missouri 64105-2118
Telephone: (816) 474-6550
Facsimile: (816) 421-5547

Attorneys for Defendant Tracker Marine, L.L.C., d/b/a Fisher Boats

**ORDER**

Pursuant to the foregoing Stipulation, Rules 6 and 12 of the Federal Rules of Civil Procedure, and the parties' on-going discussions related to possible resolution of this action, it is hereby Ordered that Defendant Tracker Marine, L.L.C., d/b/a Fisher Boats shall have until August 21, 2002, in which to answer or otherwise respond to the Complaint.

Dated: July 25th, 2002.

Raymond L. Erickson
United States Magistrate Judge