UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Crestliner, Inc.,<br><br>Plaintiff,<br><br>v.<br><br>Tracker Marine, L.L.C., d/b/a Fisher Boats and Pioneer Marine, L.L.C.;<br><br>Defendants. | Civil Action No. 02-303 (JRT/RLE)<br><br>**STIPULATION AND ORDER** |

## STIPULATION

Plaintiff Crestliner, Inc., and Defendant Tracker Marine, L.L.C., d/b/a Fisher Boats, by their respective undersigned counsel, hereby Stipulate to the execution and entry of the following Order:

Dated: August 15, 2002.

Anthony R. Zeuli

David G. Schmaltz (#251,100)
Jon R. Trembath (#292,163)
Anthony R. Zeuli (#274,884)
MERCHANT & GOULD, P.C.
3200 IDS Center
80 South Eighth Street
Minneapolis, MN 55402
Telephone No. 612.332.5300
Telefacsimile No. 612.332.9081

**Attorneys for Plaintiff Crestliner, Inc.**

5

FILED AUG 26 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD ______
DEPUTY CLERK ______

Dated: August 16, 2002.

Alan M. Anderson (#149,500)
FULBRIGHT & JAWORSKI L.L.P.
225 South Sixth Street
Suite 4850
Minneapolis, MN 55402
Telephone No. 612.321.2800
Telefacsimile No. 612.321.9600

William B. Kircher
Clinton G. Newton
SHOOK, HARDY & BACON L.L.P.
One Kansas City Plaza
1200 Main Street
Kansas City, MO 64105-2118
Telephone No. 816.474.6550
Telefacimile No. 816.421.5547

**Attorneys for Defendant Tracker Marine, L.L.C., d/b/a Fisher Boats**

**ORDER**

Pursuant to the foregoing Stipulation, Rules 6 and 12 of the Federal Rules of Civil Procedure, and the parties' on-going discussions related to possible resolution of this action, it is hereby Ordered that Defendant Tracker Marine, L.L.C., d/b/a Fisher Boats shall have until September 21, 2002, in which to answer or otherwise respond to the Complaint.

Dated: August 26, 2002.

Raymond L. Erickson
Raymond L. Erickson
United States Magistrate Judge